STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
1301 Clay St. – Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHNSON, <br><br> Defendant. | No. CR 15-181-HSG (DMR) <br><br> STIPULATED REQUEST TO MODIFY RELEASE CONDITIONS AND [~~PROPOSED~~] ORDER |

The parties jointly request and stipulate that the release conditions in this case be MODIFIED to permit Mr. Johnson to travel to the District of Columbia with family for vacation during the month of July 2016 for a period of up to 7 days, on the condition that Mr. Johnson provide all contact and itinerary information requested by Pretrial Services prior to such travel. Pretrial Services Officer Timothy Elder has advised counsel that he does not object to this request.

DATED: June 20, 2016                  /s/
                                      Thomas Newman
                                      Assistant United States Attorney

Stip. to Permit Travel

DATED: June 20, 2016 _____/s/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Michael Johnson

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby ORDERED that the release conditions in this case be MODIFIED to permit Mr. Johnson to travel to the District of Columbia with family for vacation during the month of July 2016 for a period of up to 7 days, on the condition that Mr. Johnson provide all contact and itinerary information requested by Pretrial Services prior to such travel.

Date: 6/22/16         _____
Hon. Donna M. Ryu
United States Magistrate Judge